AO 10*
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>LENARD, JOAN A. | 2. Court or Organization<br><br>DISTRICT COURT, SOUTHERN DISTRICT OF FL | 3. Date of Report<br><br>05/05/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. DISTRICT JUDGE - ACTIVE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐  Amended Report | 6. Reporting Period<br><br>01/01/2015<br>to<br>12/31/2015 |
| 7. Chambers or Office Address<br><br>400 NORTH MIAMI AVENUE<br>SUITE 12-1<br>MIAMI, FLORIDA 33128 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1996 | STATE OF FLORIDA RETIREMENT PLAN (VESTED) |
| 2. | 1996 | STATE OF FLORIDA DEFERRED COMPENSATION ACCOUNT |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LENARD, JOAN A. | 05/05/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2015 | FLORIDA RETIREMENT SYSTEM-VESTED PENSION | $49,250.82 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2015 | CITY OF NORTH MIAMI BEACH DEFINED BENEFIT PLAN |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LENARD, JOAN A. | 05/05/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | COCONUT GROVE BANK | WAREHOUSE PROPERTIES,NORTH MIAMI BEACH, FLORIDA | P1 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LENARD, JOAN A. | 05/05/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. WELLS FARGO BANK#1 | A | Interest | L | T | | | | | |
| 2. WELLS FARGO BANK #2 | A | Interest | L | T | | | | | |
| 3. WELLS FARGO BANK #3 | A | Interest | L | T | | | | | |
| 4. WELLS FARGO BANK #4 | C | Interest | M | T | | | | | |
| 5. BBT BANK #1 | A | Interest | K | T | | | | | |
| 6. BBT BANK #2 | A | Interest | | | Closed | 03/18/15 | J | A | |
| 7. CENTER STATE BANK | B | Interest | | | Closed | 09/16/15 | M | A | |
| 8. 1ST BANK | C | Interest | O | T | | | | | |
| 9. MERCANTIL COMMERCEBANK | C | Interest | O | T | | | | | |
| 10. AMERICAN EXPRESS BANK,FSB | B | Interest | N | T | | | | | |
| 11. CAPITAL ONE | B | Interest | N | T | | | | | |
| 12. CITY NATIONAL BANK | A | Interest | J | T | | | | | |
| 13. VANGUARDPRIME MONEY MARKET FUND | A | Dividend | M | T | | | | | |
| 14. VANGUARD TAX-EXEMPT MONEY MARKET FUND | B | Dividend | N | T | | | | | |
| 15. VANGUARD FLORIDA INSURED LONG TERM TAX-EXMPT FUND | C | Dividend | M | T | | | | | |
| 16. VANGUARD HIGH YIELD TAX-EXEMPT FUND | C | Dividend | M | T | | | | | |
| 17. NORTHEAST INV. TRUST | D | Dividend | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LENARD, JOAN A. | 05/05/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. COCONUT GROVE BANK | B | Interest | N | T | | | | | |
| 19. | | | | | | | | | |
| 20. STOCKS/SECURITIES | | | | | | | | | |
| 21. DETROIT EDISON-COMMON | C | Dividend | M | T | | | | | |
| 22. NI SOURCE-COMMON | C | Dividend | M | T | | | | | |
| 23. COLUMBIA PIPELINE GROUP-COMMON(X) | B | Dividend | L | T | | 07/01/15 | L | | SPINOFF FROM LINE 22 |
| 24. GYRODYNE CO'S.-COMMON | A | Dividend | J | T | | | | | |
| 25. AT&T-COMMON | B | Dividend | K | T | | | | | |
| 26. AT&T- COMMON | C | Dividend | M | T | | | | | |
| 27. BOEING-COMMON | E | Dividend | O | T | | | | | |
| 28. CMS ENERGY-COMMON | B | Dividend | K | T | | | | | |
| 29. CONS. EDISON-COMMON | A | Dividend | J | T | | | | | |
| 30. BANK OF AMERICA-COMMON | A | Dividend | J | T | | | | | |
| 31. CHEMTURA CORP.-COMMON | | | J | T | | | | | |
| 32. DYNEGY ENERGY-COMM | | | J | T | | | | | |
| 33. DUFF & PHELEPS-COMMON | A | Dividend | J | T | | | | | |
| 34. NEXTERA ENERGY-COMMON | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LENARD, JOAN A. | 05/05/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  INTEL CORP.-COMMON | A | Dividend | K | T | | | | | |
| 36.  ALCATEL LUCENT-COMMON | | | J | T | | | | | |
| 37.  NOKIA CORP.-COMMON | | | J | T | | | | | |
| 38.  DREYFUS MUNICIPAL INCOME-COMMON | A | Dividend | J | T | | | | | |
| 39.  WESTERN ASSET MANAGED MUNICIPALS FUND,INC.-COMMON(X) | A | Dividend | J | T | | | | | |
| 40.  MERCK-COMMON | A | Dividend | K | T | | | | | |
| 41.  VODAPHONE-COMMON | A | Dividend | K | T | | | | | |
| 42.  VERIZON COMM.-COMMON | B | Dividend | K | T | | | | | |
| 43.  ENTERGY CORP.-COMMON | A | Dividend | J | T | | | | | |
| 44.  CENTURYLINK,INC. | A | Dividend | J | T | | | | | |
| 45.  AT&T-COMMON | B | Dividend | L | T | | | | | |
| 46.  CISCO-COMMON | B | Dividend | M | T | | | | | |
| 47.  ORACLE-COMMON | B | Dividend | M | T | | | | | |
| 48.  BBX CAPITAL CORP-COMMON | | | J | T | | | | | |
| 49.  BLACKROCK FL MUNICIPAL FUND | B | Interest | K | T | | | | | |
| 50.  SPANISH BROADCASTING SYSTEM-COMMON | | | J | T | | | | | |
| 51.  COMCAST CORP.-COMMON | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LENARD, JOAN A. | 05/05/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. BFC FINANCIAL CORP.-COMMON | | | J | T | | | | | |
| 53. EATON VANCE MUNICIPAL MUTUAL FUND | A | Dividend | J | T | | | | | |
| 54. | | | | | | | | | |
| 55. INVESTMENT PROJECTS | | | | | | | | | |
| 56. PIER ONE IMPT/OCALA,FL | D | Rent | L | U | | | | | |
| 57. COMM'L DEVLP/LEHMN,NORTH MIAMI BEACH,FL | F | Rent | P1 | U | | | | | |
| 58. NMB CMMRC CTR.LLC,NORTH MIAMI BEACH,FL | G | Rent | P1 | U | | | | | |
| 59. SELECT FUNDING ASSOC.,FL | A | Interest | J | T | | | | | |
| 60. | | | | | | | | | |
| 61. RETIREMENT ACCOUNTS | | | | | | | | | |
| 62. OPPENHEIMER FUNDS:M/MF # 1 | B | Interest | K | T | | | | | |
| 63. OPPENHEIMER FUNDS:GNMA # 2 | C | Dividend | L | T | | | | | |
| 64. WELLS FARGO LARGE CAP FUNDS INTRINSIC VALUE-ADM | B | Int./Div. | K | T | | | | | |
| 65. WELLS FARGO SMALL/MID-CAP FUNDS OPPORTUNITY-ADM | B | Int./Div. | K | T | | | | | |
| 66. FEDERATED KAUFMANN FUND | D | Dividend | K | T | | | | | |
| 67. FIDELITY (IRA) | A | Interest | K | T | | | | | |
| 68. LADENBURG THALMANN FINANCIAL SERVICES,INC-COMMON | | | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LENARD, JOAN A. | 05/05/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. OPKO HEALTH,INC. | | | J | T | | | | | |
| 70. GENERAL ELECTRIC-COMMON | A | Dividend | K | T | | | | | |
| 71. WINDSTREAM CORP.-COMMON | A | Dividend | | | Sold | 02/12/15 | J | A | |
| 72. ENERGY TRANSFER PARTNERS(FORMERLY REGENCY ENERGY PARTNERS )-COMMON | A | Dividend | J | T | | | | | NAME CHANGE 5/1/15 |
| 73. CONOCO PHILLIPS-COMMON | A | Dividend | J | T | | | | | |
| 74. PHILLIPS 66-COMMON | A | Dividend | J | T | | | | | |
| 75. DOMINION RESOURCES BLACK WARRIOR TRUST-COMMON(X) | A | Dividend | J | T | | | | | |
| 76. FL DEFERRED.COMP.PLN LARGE -CAP STOCKS- MSIF GrP | B | Interest | L | T | | | | | |
| 77. FL DEFERRED COMP. PLAN BONDS- DODGE COX INC. | A | Int./Div. | K | T | | | | | |
| 78. FL DEFERRED COMP. PLAN FIXED ASSETS/CASH TOTAL-NRS FLORIDA FIXED FUND | A | Int./Div. | K | T | | | | | |
| 79. FL DEFERRED COMP. PLAN ASSET ALLOCATION-NW INV DEST MOD SVC | B | Int./Div. | K | T | | | | | |
| 80. ICMA RC 457 DEFERRED COMP. STABLE VALUE//CASH MANAGEMENT-VT PLUS FUND | A | Int./Div. | K | T | | | | | |
| 81. ICMA RC 457 DEFERRED COMP. BOND- LOOMIS SAYLES BOND INSTL | A | Int./Div. | K | U | | | | | |
| 82. ICMA RC 457 DEFERRED COMP. BALANCED/ASSET ALLOCATIONVT/ VP MILEST.2010 | A | Int./Div. | M | T | | | | | |
| 83. ICMA RC 457 DEFERRED COMP. AM FUNDS 2010 TRGT DT RET R4 | A | Int./Div. | M | T | | | | | |
| 84. ICMA RC DEFERRED COMP. AM FUNDS 2010 TRGT DATEVRET R4 | A | Int./Div. | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LENARD, JOAN A. | 05/05/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 85. ICMA RC DEFERRED COMP. U.S. STOCK PUTNAM EQUITY INCOME Y | A | Int./Div. | M | T | | | | | |
| 86. ICMA RC DEFERRED COMP. VANGUARD TOTAL STOCK MKT IDX | A | Int./Div. | N | T | | | | | |
| 87. FIDELITY ANNUITYVIP ASSET MANAGER | A | Int./Div. | L | T | | | | | |
| 88. FIDELITY ANNUITY VIP CONTRAFUND | A | Int./Div. | M | T | | | | | |
| 89. FIDELITY ANNUITY VIP EQUITY INCOME | A | Int./Div. | M | T | | | | | |
| 90. FIDELITY ANNUITY VIP HIGH INCOME | A | Int./Div. | L | T | | | | | |
| 91. FIDELITY ANNUITY VIP INV GRADE BOND | A | Int./Div. | K | T | | | | | |
| 92. FIDELITY ANNUITY VIP OVERSEAS | A | Int./Div. | K | T | | | | | |
| 93. FIDELITY ANNUITY VIP HEALTHCARE | A | Int./Div. | K | T | | | | | |
| 94. OPPENHEIMER FDS:M/MF #1 | B | Interest | K | T | | | | | |
| 95. OPPENHEIMER FDS:GMMA #2 | B | Dividend | K | T | | | | | |
| 96. FIDELITY CASH RES. | A | Interest | J | T | | | | | |
| 97. CHEMTURA-COMMON | | | J | T | | | | | |
| 98. ENTERGY CORP.-COMMON | A | Dividend | J | T | | | | | |
| 99. ALCATEL LUCENT-COMMON | | | J | T | | | | | |
| 100. EDISON INT.-COMMON | A | Dividend | J | T | | | | | |
| 101. CISCO-COMMON | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LENARD, JOAN A. | 05/05/2016 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 102. HEWLETT-PACKARD- COMMON | A | Dividend | J | T | | | | | |
| 103. HEWLETT -PACKARD ENTERPRISE- COMMON(X) | A | Dividend | J | T | | 11/02/15 | J | | SPINOFF FROM LINE 102 |
| 104. GENERAL ELECTRIC-COMMON | A | Dividend | J | T | | | | | |
| 105. | | | | | | | | | |
| 106. OTHER ACCOUNTS | | | | | | | | | |
| 107. CON.EDISON-COMMON | C | Dividend | M | T | | | | | |
| 108. WENDY'S ARBY GROUP,INC. | A | Dividend | J | T | | | | | |
| 109. RESTAURANT BRANDS INTL. | A | Dividend | J | T | | | | | |
| 110. U.S.SAVINGS BONDS | B | Interest | K | T | | | | | |
| 111. ISRAEL SAVINGS BONDS | A | Interest | K | W | | | | | |
| 112. CHEMTURA CORP.-COMMON | | | J | T | | | | | |
| 113. COCACOLA ENT.-COMMON | A | Dividend | J | T | | | | | |
| 114. BBX CAPITAL CORP.-COMMON | | | J | T | | | | | |
| 115. VIACOM-COMMON | A | Dividend | K | T | | | | | |
| 116. CBS-COMMON | A | Dividend | K | T | | | | | |
| 117. OUTFRONT MEDIA INC.- COMMON | | | J | T | | | | | |
| 118. SEMPRA ENERGY-COMMON | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LENARD, JOAN A. | 05/05/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 119. DISNEY CORP.-COMMON | A | Dividend | K | T | | | | | |
| 120. BP AMOCO -COMMON | A | Dividend | J | T | | | | | |
| 121. FRONTIER COMM.-COMMON | A | Dividend | J | T | | | | | |
| 122. DAIMLER AG-COMMON | A | Dividend | K | T | | | | | |
| 123. EXELON CORP.-COMMON | A | Dividend | J | T | | | | | |
| 124. EVERSOURCE ENERGY(FORMERLY NORTHEAST UTILITIES)-COMMON | A | Dividend | K | T | | | | | NAME CHANGE 2/19/15 |
| 125. PG & E CORP.-COMMON | B | Dividend | L | T | | | | | |
| 126. CISCO -COMMON | A | Dividend | K | T | | | | | |
| 127. COMCAST-COMMON | A | Dividend | K | T | | | | | |
| 128. PFIZER-COMMON | A | Dividend | K | T | | | | | |
| 129. CITIGROUP-COMMON | A | Dividend | J | T | | | | | |
| 130. BCE,INC.-COMMON | A | Dividend | J | T | | | | | |
| 131. WASTE MANAGEMENT-COMMON | A | Dividend | J | T | | | | | |
| 132. DUKE ENERGY-COMMON | B | Dividend | K | T | | | | | |
| 133. ENTERPRISE PRODUCTS PARTNERS-COMMON | A | Dividend | J | T | | | | | |
| 134. CENTERPOINT ENERGY-COMMON | A | Dividend | J | T | | | | | |
| 135. GLAXOSMITHKLINE -COMMON | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$50,001 - $100,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LENARD, JOAN A. | 05/05/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 136. NCR CORP-COMMON | A | Dividend | K | T | | | | | |
| 137. TERADATA CORP.-COMMON | A | Dividend | J | T | | | | | |
| 138. MICROSOFT CORP.-COMMON | A | Dividend | J | T | | | | | |
| 139. NUVEEN ADVANTAGE MUNICIPAL FUND | A | Dividend | J | T | | | | | |
| 140. CELLCOM ISRAEL LTD.-COMMON | | | J | T | | | | | |
| 141. ENERGY TRANSFER PARTNERS(FORMERLY REGENCY ENERGY PARTNERS) -COMMON | A | Dividend | J | T | | | | | NAME CHANGE 5/1/15 |
| 142. TEEKAY TANKERS,INC.-COMMON | A | Dividend | J | T | | | | | |
| 143. NEW YORK COMMUNITY BANK CORP.-COMMON | A | Dividend | K | T | Buy (add'l) | 11/18/15 | J | | |
| 144. VALERO ENERGY CORP.-COMMON | A | Dividend | J | T | | | | | |
| 145. BERKSHIRE HATHAWAY /B-COMMON | | | J | T | | | | | |
| 146. ANNALY CAPITAL MANAGEMENT, INC.-COMMMON(X) | A | Dividend | J | T | | | | | |
| 147. FREEPORT McMORAN COOPER&GOLD,INC-COMMON(X) | A | Dividend | J | T | | | | | |
| 148. ARCOS DORADOS HOLDINGS,INC-COMMON | A | Dividend | J | T | | | | | |
| 149. PROCTOR&GAMBLE CORP.-COMMON | A | Dividend | K | T | | | | | |
| 150. CHESAPEAKE ENERGY CORP.-COMMON | A | Dividend | J | T | | | | | |
| 151. SEVENTY SEVEN ENERGY-COMMON | | | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LENARD, JOAN A. | 05/05/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 152. KRAFT FOOD GROUP-COMMON | A | Dividend | | | | 07/06/15 | J | | MERGED WITH 153 |
| 153. KRAFT HEINZ CO..-COMMON(X) | A | Dividend | J | T | | | | | |
| 154. MONDELEZ INTL.,INC.-COMMON | A | Dividend | J | T | | | | | |
| 155. FIRST ENERGY CORP-COMMON | A | Dividend | J | T | | | | | |
| 156. ZOETLS,INC.-COMMON | A | Dividend | K | T | | | | | |
| 157. COLGATE-PALMOLIVE CO.-COMMON | A | Dividend | K | T | | | | | |
| 158. MASTERCARD INC.-COMMON | A | Dividend | K | T | | | | | |
| 159. CLIFFS NATURAL RESOURCES-COMMON INC.(X)-COMMON | | | J | T | | | | | |
| 160. VANGUARD NATURAL RESOURCES,LLC.-COMMON | A | Dividend | J | T | | | | | |
| 161. NEXTERA ENERGY PARTNERS-COMMON | A | Dividend | J | T | | | | | |
| 162. WALGREENS BOOTS ALLIANCE INC.-COMMON | A | Dividend | J | T | | | | | |
| 163. CHEVRON CORP.-COMMON | A | Dividend | J | T | | | | | |
| 164. ROYAL DUTCH SHELL PLC.COMMON | A | Dividend | J | T | | | | | |
| 165. SOUTHERN COMPANY-COMMON(X) | B | Dividend | K | T | Buy | 03/10/15 | K | | |
| 166. AMERICAN ELECTRIC POWER-COMMON(X) | A | Dividend | J | T | Buy | 03/10/15 | J | | |
| 167. PPL CORP.-COMMON(X) | A | Dividend | J | T | Buy | 06/08/15 | J | | |
| 168. TALEN ENERGY CORP.-COMMON(X) | | | J | T | Buy | 06/08/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 169. KINDER MORGAN INC.-COMMON(X) | A | Dividend | J | T | Buy | 08/21/15 | J | | |
| 170. HERTZ GLOBAL HOLDINGS, INC.-COMMON(X) | | | J | T | Buy | 06/02/15 | J | | |
| 171. SCHLUMBERGER LTD.-COMMON(X) | A | Dividend | J | T | Buy | 01/15/15 | J | | |
| 172. EXON MOBIL CORP.-COMMON(X) | A | Dividend | K | T | Buy | 01/15/15 | K | | |
| 173. SPECTRA ENERGY CORP.-COMMON(X) | A | Dividend | J | T | Buy | 02/02/15 | J | | |
| 174. | | | | | | | | | |
| 175. | | | | | | | | | |
| 176. | | | | | | | | | |
| 177. | | | | | | | | | |
| 178. | | | | | | | | | |
| 179. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LENARD, JOAN A. | 05/05/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ JOAN A. LENARD

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544